■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY OLIVA, Appellant.—Judgment of the Supreme Court, Kings County, ren-

dered May 23, 1979, affirmed (see *People v Crimmins,* 36 NY2d 230). Damiani, J. P., Gibbons, Rabin and Margett, JJ., concur.